ALEXANDER LEVETT, Respondent, v. WALTER C. McCLURE and Others, Doing Business under the Firm Name and Style of McCLURE, JONES & REED, Appellants.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the ground that the verdict was against the weight of the evidence upon the issue of the price stated in plaintiff's telephone order; also upon the issue of Rudkin's honest understanding at the time, of that price; also upon the issue of defendants' ability to purchase the stock at 145 on that day, August 17, 1915; and also upon the ground that the trial justice erred in refusing defendants' request to charge at folio 245. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ANTONIO MAROTTA, Respondent, v. LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence upon the issue of freedom from contributory negligence. Jenks, P. J., Mills and Putnam, JJ., concur; Rich and Kelly, JJ., vote to affirm.

LUKE McCORMACK, as Administrator, etc., of GRACE McCORMACK, Deceased, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to the sum of $10,000; in which event the judgment as so modified is unanimously affirmed, without costs. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

LILLIAN I. PURCELL, as Administratrix, etc., of JOHN A. PURCELL, Deceased, Respondent, v. FREDERICK W. VAN COTT, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict finding the deceased free from contributory negligence is against the weight of the evidence. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CONSOLE, Appellant.— Default opened on consent, and cause set down for the December term. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HALPERT MILLS, INC., Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

ELIZABETH M. ROSENWASSER, Respondent, v. PHILIP ROSENWASSER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ESRA ROSNER, Respondent, v. HARRY HALPERIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.